

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00445-CV

MARILYN MARTIN                                                      APPELLANT

V.

MIDFIRST BANK                                                       APPELLEE

----------

## FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On December 16, 2013, we notified Appellant Marilyn Martin that this appeal was subject to dismissal for want of jurisdiction because her notice of appeal was due April 19, 2013, but was not filed until December 4, 2013. *See* Tex. R. App. P. 26.1; *Howlett v. Tarrant Cnty.*, 301 S.W.3d 840, 843 (Tex. App.—Fort Worth 2009, pet. denied) ("A timely-filed notice of appeal confers jurisdiction

---

[1]*See* Tex. R. App. P. 47.4.

on this court, and absent a timely filed notice of appeal, we must dismiss the appeal.").  Martin responded to our letter, but her response does not show grounds for continuing the appeal.  Accordingly, we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  January 16, 2014